IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH A. WHITE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BRAD TRATE, Warden, )<br>)<br>Respondent. ) | Case No. 1:20-cv-209 |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on July 24, 2020. The matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On March 17, 2022, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the petition for writ of habeas corpus be denied. ECF No. 15. Despite being given the opportunity to do so, neither party has filed Objections to the Report and Recommendation.

After *de novo* review of the complaint and documents in the case, together with the report and recommendation thereto, the following order is entered:

AND NOW, this 12th day of April 2022;

IT IS ORDERED that the petition for writ of habeas corpus is denied.

1

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on March 17, 2022 [ECF No. 15] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge